# United States Bankruptcy Court
Western District of North Carolina
ASHEVILLE/BRYSON CITY DIVISIONS

IN RE: SHERI GLOVER GAFFNEY
128 LOWER CHRIST SCHOOL ROAD
FLETCHER, NC 28732

Case: 18-10282
Judge: George R. Hodges
Dated: 12/17/2018

SSN #1:XXX-XX-0640

## MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

The undersigned trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein include those proofs of claim believed by the trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004.

**IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 001 | ASHEVILLE RADIOLOGY / P O BOX 2959 ASHEVILLE, NC 28802 | None | | Not Filed .00 |
| 002 | ASHEVILLE RADIOLOGY ASSOCIATES / PO BOX 678948 DALLAS, TX 75267-8948 | None | | Notices .00 |
| 003 | BUNCOMBE COUNTY TAX COLL / 94 COXE AVENUE ASHEVILLE, NC 28801 | None | | Not Filed .00 |
| 004 | CAPITAL ONE BANK (USA), N.A. / P.O. BOX 71083 CHARLOTTE, NC 28272-1083 | 2,908.68 | | Unsecured |
| 005 | LVNV FUNDING, LLC / C/O RESURGENT CAPITAL SERVICES PO BOX 10587 / GREENVILLE, SC 29603-0587 | 1,129.28 | | Unsecured |
| 006 | DUKE UNIVERISTY HEALTH SYSTEMS / 5213 SOUTH ALSTON AVENUE DURHAM, NC 27713 | None | | Not Filed .00 |
| 007 | EDWARD G. REILLY, DC / 2 FAIRVIEW HILLS DRIVE FAIRVIEW, NC 28730 | None | | Not Filed .00 |
| 008 | INTERNAL REVENUE SERVICE / P O BOX 7346 PHILADELPHIA, PA 19101-7346 | None | | Not Filed |
| 009 | MISSION HOSPITALS / ATTN: BANKRUPTCY DEPARTMENT 50 SCHENCK PKWY / ASHEVILLE, NC 28803 | None | | Not Filed .00 |
| 010 | MISSION MEDICAL ASSOCIATES / PO BOX 15268 ASHEVILLE, NC 28813-5903 | None | | Not Filed .00 |
| 011 | NC DEPT OF REVENUE / P O BOX 1168 RALEIGH, NC 27602-0000 | None | | Not Filed |
| 012 | PARDEE HOSPITAL / ATTN: BILLING DEPT PO BOX 1370 / HENDERSONVILLE, NC 28793 | None | | Not Filed .00 |
| 013 | ASHLEY FUNDING SERVICES LLC / C/O RESURGENT CAPITAL SERVICES PO BOX 10587 / GREENVILLE, SC 29603-0587 | 20.00 | | Unsecured |
| 014 | PROFESSIONAL RECOVERY CONSULT / 2700 MERIDIAN PKWY SUITE 200 / DURHAM, NC 27713-2204 | None | | Notices .00 |
| 015 | RYAN GAFFNEY / 128 LOWER CHRIST SCHOOL ROAD FLETCHER, NC 28732 | None | | Notices .00 |
| 016 | STATE EMPLOYEES CREDIT UNION / ATTN: BANKRUPTCY DEPT PO DRAWER 25279 / RALEIGH, NC 27611 | 8,639.19 | 7.0000% From 07/03/2018 | Secured |
| 017 | STATE EMPLOYEES CREDIT UNION / ATTN: BANKRUPTCY DEPT PO DRAWER 25279 / RALEIGH, NC 27611 | 18,550.00 | 7.0000% From 07/03/2018 | Secured |
| 017 | STATE EMPLOYEES CREDIT UNION / ATTN: BANKRUPTCY DEPT PO DRAWER 25279 / RALEIGH, NC 27611 | 2,371.75 | | Unsecured |
| 018 | U S ATTORNEYS OFFICE / 100 OTIS ST ROOM 233 / ASHEVILLE, NC 28801 | None | | Notices .00 |
| 019 | WAKE FOREST BAPTIST MEDICAL CENTER / 157 MEDICAL CENTER BOULEVARD WINSTON SALEM, NC 27157 | 367.35 | | Unsecured |

# United States Bankruptcy Court
Western District of North Carolina
ASHEVILLE/BRYSON CITY DIVISIONS

IN RE: SHERI GLOVER GAFFNEY
128 LOWER CHRIST SCHOOL ROAD
FLETCHER, NC 28732

Case: 18-10282
Judge: George R. Hodges
Dated: 12/17/2018

SSN #1: XXX-XX-0640

## MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

The undersigned trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein include those proofs of claim believed by the trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004.

**IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 020 | WELLS FARGO BANK. NA / N9286-01Y<br>1000 BLUE GENTIAN ROAD / EAGAN, MN 55121-7700 | Continuing<br>1916.99 Per Month | | Secured |
| 021 | WELLS FARGO BANK. NA / N9286-01Y<br>1000 BLUE GENTIAN ROAD / EAGAN, MN 55121-7700 | 6,085.70 | | Secured |
| 022 | WELLS FARGO BANK. NA / N9286-01Y<br>1000 BLUE GENTIAN ROAD / EAGAN, MN 55121-7700 | 5,750.97 | | Secured |
| 023 | SYNCHRONY BANK / C/O PRA RECEIVABLES MGMT LLC<br>PO BOX 41021 / NORFOLK, VA 23541 | None | | Notices |
| | Total | 45,822.92 | | |

T BENTLEY LEONARD
828/255-0456
274 MERRIMON AVE
ASHEVILLE, NC 28801-0000

3,847.00     Debtor's Attorney

Wherefore, the trustee respectfully requests that the Court grant his motion which has been served on the parties named above and classify the claims for payment by the trustee as set forth herein, and that it grant such other and further relief as is appropriate and just.

Dated: 12/17/2018

David G. Gray
Standing Chapter 13 Trustee
81 Central Avenue
Asheville, NC 28801

Case No:   18-10282
Debtor:   SHERI GLOVER GAFFNEY

## NOTICE OF MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

The Chapter 13 trustee has filed a motion in the above-referenced Chapter 13 case for determination of status of claims, for payment by the trustee under the debtor's confirmed plan.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you want to object to the classification  and/or  treatment of your claim as contained in the trustee's motion, then you or your attorney must file with the court a written response to the motion and a request for hearing, within thirty (30) days of the date of this notice at the following address:

>   CLERK, U S BANKRUPTCY COURT
>   Room 106
>   100 Otis Street
>   Asheville, NC 28801

If you MAIL your response to the court for filing, you must mail it early enough for the court to RECEIVE it on or before the deadline stated above.

**Please refer to the trustee's claim number in any response you may file.**

NO HEARING WILL BE HELD UNLESS A RESPONSE IS FILED.

If you file a response, then a hearing on the trustee's motion will be on _____1/22/19_____ at 9:30 am at the following address:

>   Bankruptcy Courtroom
>   First Floor
>   100 Otis Street
>   Asheville, NC 28801

If you or your attorney do not take these steps, the court may decide that you do not oppose the classification and treatment of your claim as reported by the trustee, and grant the motion.

>   David G. Gray
>   Standing Chapter 13 Trustee
>   By:  DEBRA WARD

**United States Bankruptcy Court**
Western District of North Carolina
ASHEVILLE/BRYSON CITY DIVISIONS

**IN RE:** SHERI GLOVER GAFFNEY
128 LOWER CHRIST SCHOOL ROAD
FLETCHER, NC 28732

Case: 18-10282
Judge: George R. Hodges
Dated: 12/17/2018

SSN #1: XXX-XX-0640

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the attached document has been served on the parties whose names and addresses are listed on the foregoing Motion of Trustee for Determination of Status of Claims in Confirmed Plan by United States first class mail, postage prepaid on _____12/17/18_____

_____
DEBRA WARD